UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-cr-156-JMS-DML-02 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| JAVONTE A. WRIGHT | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☒ FACTORS CONSIDERED: See attached opinion.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00156-JMS-DML |
| JAVONTE A. WRIGHT, | ) ) | -02 |
| Defendant. | ) ) | |

**<u>Order Denying Motion for Compassionate Release Without Prejudice</u>**

Defendant filed a pro se motion that the Court construed as a motion for compassionate release under the First Step Act of 2018. Dkt. 228. The Court appointed counsel to represent Defendant and stayed the case. Dkts. 229, 231. CJA counsel appeared on Defendant's behalf, dkt. 230, but then withdrew, dkts. 241, 242.

After counsel withdrew, the Court ordered Defendant to supplement his motion for compassionate release with any information or argument that might inform the Court's discretion to grant or deny his motion for compassionate release on or before April 30, 2021. Dkt. 242. The Court warned Defendant that his motion for compassionate release would be deemed abandoned and denied without prejudice if he did not file a supplement as required. *Id.* The Court mailed its Order to Defendant on March 16, 2021.

As of the writing of this Order, Defendant has not supplemented his motion for compassionate release as required, and the deadline for doing so has passed. Accordingly, the Court considers Defendant's motion for compassionate release abandoned, and the motion, dkt.

[228], is **denied without prejudice**. Nothing in this Order, however, prohibits Defendant from filing a new motion for compassionate release.

    **IT IS SO ORDERED.**

Date: 5/26/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Javonte Wright
Reg. No. 17027-028
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

All Electronically Registered Counsel